

**JEFFREY D. FRIEDLANDER**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA J. LAX**
Assistant Corporation Counsel
Phone: (212) 356-3538
Fax: (212) 788-9776
jlax@law.nyc.gov

January 10, 2014

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

    Re:     <u>Simpson v. City of New York et. al.</u>, **12-CV-6577 (KBF)**

Dear Judge Forrest,

    I am an Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write with regard to plaintiff's motion for reconsideration of the Court's decision granting summary judgment. In particular, defendant notes that plaintiff's motion is untimely. Pursuant to Local Rule 6.3, plaintiff was to file a motion for reconsideration within fourteen days of the decision granting summary judgment in favor of defendants or in the alternative, the entry of judgment. The decision and order granting summary judgment was issued on December 9, 2013. (<u>See</u> Docket Entry No. 48). Judgment was entered on December 10, 2013. (<u>See</u> Docket Entry No. 49). Plaintiff properly filed her motion for reconsideration on January 7, 2014. (<u>See</u> Docket Entry Nos. 54-56). Thus, at least twenty-eight days passed before plaintiff made this application.

    Defendants respectfully request that plaintiff's motion should be denied as untimely. If the Court is willing to address the merits of plaintiff's application, defendants will submit a formal response, which under the Local Rules of the Southern District of New York, is due Tuesday, January 21, 2014. Defendants' thank the Court for its consideration.

                                      Respectfully submitted,

                                      /s/

                                    Joshua J. Lax
                                    Assistant Corporation Counsel

CC:     <u>By ECF</u>
        Steven H. Goldman, Esq.