UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REISHA SIMPSON
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT,
_____
POLICE OFFICER KENSON NELSON, SHIELD #001838, 40 PCT
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12  Civ. 06577  (KBF) (   )

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that  Reisha Simpson
                                                     *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Granting Summary Judgment to the Defendants, and subsequently denying a Motion to Reconsider.
*(describe the judgment)*

entered in this action on the  10th  day of  February , 20 14 .
                                          *(date)*              *(month)*        *(year)*

_____
Signature

190 E. 161 Street
Address

Bronx, N.Y. 10451
City, State & Zip Code

DATED:  March   5 , 20 14                ( 718 ) 538 - 5743
                                                              Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*