Plaintiff's Exhibit #1

```
RUN DATE: 09/30/2013                                                                          PGM: TAFCB145
RUN TIME: 14:19:40                         NEW YORK CITY TRANSIT AUTHORITY                    PAGE #:       1
                                       FARECARD HISTORY BY SERIAL NUMBER(S)
                                       START DATE: 06/16/11  END DATE: 06/16/11
                                                  WITHOUT TBC MISSWIPES

FARECARD #    DATE       TIME  RIDE TRANSACTION        TRANSACTION  LOCATION/           BOOTH  REMAINING FARECARD    UP PRD POE ENCDR  SCP/      S
                               CNT  TYPE                  AMOUNT    BUS#/ROUTE                 VALUE     TYPE        GRD IX  LOC                 DPT

218177073  06/16/2011   06:18  025  UNLIMITED PASS USE AT TS  $0.00  E 149 ST             R408   $0.00    7-DAY UNLI  0  0  2024  0002 000000
218177073  06/16/2011   17:42  026  UNLIMITED PASS USE AT TS  $0.00  42 ST-PA BUS T       N062A  $0.00    7-DAY UNLI  0  0  2124  0002 000501
218177073  06/16/2011   18:18  027  UNLIMITED PASS USE AT TS  $0.00  UTICA AVE            N120A  $0.00    7-DAY UNLI  0  0  1728  0002 010003
```