UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
REISHA SIMPSON,

                Plaintiff,

           -v-

POLICE OFFICER KENSON NELSON,
SHIELD #001838, 40 PCT

                Defendant.
----------------------------------------------------------X

12 Civ. 6577 (KBF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 22 2015

**VERDICT SHEET**

1. Do you find that the defendant falsely arrested plaintiff?

        Yes _____   No __✓__

If you answered "yes," proceed to Question 2.
If you answered "no," skip Questions 2 and 3 and proceed directly to the Conclusion.

2. If you answered "yes" to Question 1, what amount of damages did plaintiff suffer as a result of the false arrest? (You must award at least $1 as nominal damages if you have answered "yes" to Question 1).

        $ _____

3. If you find that punitive damages are appropriate, enter the amount here. (If you find that plaintiff was falsely arrested, but do not find punitive damages appropriate, you may leave it blank or enter $0).

        $ _____

1

## Conclusion

**Regardless of your answers to all the above, you MUST answer the following question:**

4. Would a reasonable officer have been justified in believing that plaintiff was attempting to evade paying the bus fare?

 Yes _✓_   No ____

Please sign and date the form and tell the marshal that the jury has reached a verdict.

Dated:   New York, New York
         October 21, 2015

                                                    _Stephanie McAuliffe_
                                                         FOREPERSON